**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rickey Mora, | No. CV-19-05016-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Before the Court is United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") (Doc. 13), which recommends that Petitioner's Petition for Writ of Habeas Corpus be denied and dismissed with prejudice and that a Certificate of Appealability and leave to proceed in forma pauperis be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). "Unless this court has definite and firm conviction that the [Magistrate Judge] committed a clear error

1  of judgment, [this court] will not disturb [the] decision." *Jackson v. Bank of Hawaii*, 902
2  F.2d 1385, 1387 (9th Cir. 1990) (citation omitted).

3      The Court has nonetheless independently reviewed the R&R and finds that it is well-
4  taken. The Court therefore will accept the R&R in its entirety.  *See* 28 U.S.C. § 636(b)(1)
5  (stating that the district court "may accept, reject, or modify, in whole or in part, the
6  findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The
7  district judge may accept, reject, or modify the recommended disposition; receive further
8  evidence; or return the matter to the magistrate judge with instructions.").

9      **IT IS ORDERED** that Magistrate Judge Boyle's R&R (Doc. 13) is **ACCEPTED**.
10 Petitioner's Writ of Habeas Corpus is denied and the case is dismissed.

11     **IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to
12 proceed in forma pauperis on appeal is denied.

13     **IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment
14 and terminate the case.

15     Dated this 1st day of May, 2020.

Douglas L. Rayes
United States District Judge

- 2 -